AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSEPH JOEL JOHN,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 22-MJ-02251-Torres<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 1, 2021 through July 7, 2021 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339A | Providing Material Support Resulting in Death |
| 18 U.S.C. § 956(a)(1) | Conspiracy to Kill or Kidnap outside the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

ID #27886

*Complainant's signature*

FBI SA Jacqueline Valdes
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P.4.1 by Telephone.

Date: 2/17/2022

*Judge's signature*

City and state: Miami, Florida    Hon. Edwin G. Torres, Chief U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacqueline Valdes, being first duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), having been so employed since March 2018. I am currently assigned to the Extra-Territorial Violent Crimes Squad of the FBI's Miami Division. As a Special Agent with the FBI, I have received general law enforcement training, and I have been personally involved in investigations concerning a variety of violations of federal offenses, including health care fraud, wire fraud, money laundering, diversion of opioids, bank robbery, international violent crime, and other violations of federal law.

2. This Affidavit is submitted for the limited purpose of establishing probable cause to charge and arrest Joseph Joel John ("JOHN") for (1) a violation of 18 U.S.C. § 2339A, providing material support and resources[1] resulting in death, knowing or intending that such support and resources are to be used to prepare for, or carry out, enumerated violations, including a violation of 18 U.S.C. § 956, which prohibits conspiracy to murder or kidnap outside the United States; and (2) a violation of 18 U.S.C. § 956(a)(1), Conspiracy to Kill or Kidnap outside the United States.[2]

3. I am personally involved in this investigation, along with other law enforcement agents. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all the information known about this investigation. The facts and information contained in this Affidavit are based on my personal knowledge and observation, as well as information received in my official capacity from other individuals, including other law

---

[1] "Material support or resources" includes, in relevant part, "any property, tangible or intangible, or service, including currency or monetary instruments or financial services, lodging, training, expert advice or assistance, safehouses . . . weapons . . . personnel (1 or more individuals who may be or include oneself), and transportation, except medicine or religious materials." 18 U.S.C. § 2339A(b)(1).

[2] 18 U.S.C. § 956(a)(1) provides, in relevant part, "[w]hoever, within the jurisdiction of the United States, conspires with one or more other persons, regardless of where such other person or persons are located, to commit at any place outside the United States an act that would constitute the offense of murder, kidnapping, or maiming if committed in the special maritime and territorial jurisdiction of the United States shall, if any of the conspirators commits an act within the jurisdiction of the United States to effect any object of the conspiracy, be punished . . . ."

1

enforcement officers involved in this investigation, as well as the review of records, documents, and other physical items obtained during the course of this investigation.

## PROBABLE CAUSE

4. On July 7, 2021, the President of Haiti, Jovenel Moise, was assassinated in his residence in Port-au-Prince, Haiti. The First Lady ("M.M."), suffered multiple gunshot wounds. M.M. survived and received medical treatment in Miami.

5. According to statements made by Haitian authorities and the autopsy performed by Haitian officials, the President was shot twelve times and died as a result. Haitian authorities arrested numerous individuals in connection with the assassination, including several Colombian nationals and several dual Haitian-American citizens.

6. Through witness interviews and the review of records and seized electronic evidence, the investigation has revealed that in or around early June of 2021, a group of approximately twenty Colombian nationals with military training were recruited to assist in the execution of a purported Haitian arrest warrant for President Moise. According to this evidence, the initial plan, in which JOHN participated, was to "extract" President Moise from Haiti on or about June 18, 2021. That plan was abandoned when the co-conspirators failed to secure a private plane to spirit the President away from Haiti. Based on this evidence, it appears that the purported arrest warrant operation essentially was, at least initially, a plot to kidnap the Haitian President and physically remove him from Haiti by plane.

7. JOHN attended meetings that included co-conspirator #1, a dual Haitian-American citizen, during which co-conspirator #1 discussed the plan to "arrest" President Moise and take him away by plane. JOHN also was present when co-conspirator #1 secured the signature of a former Haitian judge on a written request for assistance to further the arrest and imprisonment of President Moise, as well as purporting to provide Haitian immunity for such actions. According

to witness statements, the co-conspirators' intent was for the former Haitian judge to become the President of Haiti after the coup and JOHN to become the Prime Minister.

8. On or about June 28, 2021, in furtherance of and to effect the object of the conspiracy, co-conspirator #1 traveled from Haiti to the United States, specifically the Southern District of Florida, and provided other individuals with the document signed by the former Haitian judge. On or about July 1, 2021, co-conspirator #1 flew from Florida to Haiti to participate in the operation.

9. On or about July 6, 2021, JOHN attended a meeting with the co-conspirators, including the Colombian co-conspirators, after which several Colombian co-conspirators entered the presidential residence in Haiti in the early morning hours of July 7, 2021, with the intent and purpose of killing President Moise, and in fact, the President was killed. Co-conspirator #1 was subsequently arrested by Haitian authorities and is currently in custody in Haiti.

10. On January 18, 2022, JOHN was interviewed outside the United States and provided U.S. law enforcement with a voluntary statement. In summary, JOHN admitted that he helped obtain vehicles and attempted to obtain firearms to support the co-conspirators' operation against President Moise. He also admitted to attending a meeting with certain co-conspirators on or about July 6, after which many of the co-conspirators embarked on the mission to kill President Moise.

11. Based on the foregoing, your Affiant respectfully submits that there exists probable cause to believe that JOHN committed the offenses of 18 U.S.C. § 2339A, Providing Material

Support or Resources to Carry out a Violation of Section 956, Resulting in Death; and 18 U.S.C. § 956(a)(1), Conspiracy to Kill or Kidnap a person outside the United States.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Special Agent Jacqueline Valdes
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone this 17 day of February 2022.

_____
HONORABLE EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA