**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-BECERRA (s)(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**

     **Defendants.**

_____/

## MOTION TO TERMINATE APPEARANCE

The United States of America, through the undersigned Trial Attorney, respectfully requests that the Court direct the Clerk of Court to terminate the appearance of FRANK RUSSO on this docket.  Mr. RUSSO is no longer employed by the National Security Division.

          Respectfully submitted,

          SUE J. BAI
          Supervisory Official for the National
          Security Division

          /s _Andrew Briggs_
          Trial Attorney
          Court ID No. A5503251
          National Security Division
          Department of Justice
          950 Pennsylvania Avenue
          Washington, DC 20530
          (202) 514-7739
          Andrew.Briggs2@usdoj.gov

## Certificate of Service

I hereby certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s *Andrew Briggs*
Andrew Briggs
Trial Attorney