# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 22-cr-20104-JB

**UNITED STATES OF AMERICA**

**v.**

**ARCANGEL PRETEL ORTIZ, et al.,**

      **Defendants.**

_____/

## <u>ORDER</u>

**THIS CAUSE** comes before the Court on the parties' Joint Motion for Order Regarding Rule 15 Depositions and to Amend Pre-Trial Deadlines (the "Joint Motion"). ECF No. [1223]. On May 22, 2025, the Court granted in part and denied in part a defense motion seeking Rule 15 depositions, allowing the defendants to depose five Colombian nationals held in Haitian custody. ECF No. [1088] at 4. In the Joint Motion, the parties request the Court's assistance in facilitating the taking of the depositions beginning on November 19, 2025, and continuing for the subsequent five days. ECF No. [1223] at 1. In light of the depositions and the time required to coordinate the same, the parties also request that the Court's deadline for the production of exhibits, translations, Jencks/*Giglio* material, and motions *in limine*, as set forth by the Court's Order on Motion to Continue Trial and Re-Setting of Criminal Trial Date, (the "Trial Order"), ECF No. [1124], be extended to December 16, 2025. *Id.* at 9; *see also* ECF No. [1124]. The briefing schedule for the parties'

Motions *in limine* was set by the Court's Order Setting Hearings and Response and Reply Deadlines. *See* ECF No. [1175].

Upon due consideration of the Motion, the pertinent portions of the record, and all the relevant authorities, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion is **GRANTED** as follows:

1. the parties shall conduct the depositions between November 19 and 25, 2025, in Courtroom 11-4 in Miami, Florida;

2. the U.S. Marshals Service shall produce the defendants Arcangel Pretel Ortiz, Antonio Intriago, Walter Veintemilla, Christian Sanon, and James Solages at the time and courtroom reserved for the Rule 15 depositions;

3. the Government shall provide and cover all costs related to the depositions, including the costs of interpreters, court reporter(s), and transcripts;

4. the depositions shall adhere to the following procedure, based upon the parties' mutual agreement:

    a. At the outset of each deposition, the Government will explain the general procedure for the depositions and will also advise the deponent of their *Miranda* rights and secure a recorded, oral waiver of their *Miranda* rights.  In the event that a deponent refuses to waive their *Miranda* rights, the deposition shall not proceed as to that witness.  The time used to conduct these initial proceedings shall not be deducted from either party's time for questioning the witness, as set forth below.

    b. The defendants shall have three-quarters of the time available to conduct questioning of each witness, which they may split between defendants and between direct and redirect examinations. The defendants will inform the Government in advance of each deposition how they intend to divide their time between defendants. The Government shall have at least a quarter of the available time, but in all events no less than one hour per witness, for cross-examination of each deponent.

    c. Only one lawyer per party may conduct questioning in each deposition.

    d. The defendants shall share all exhibits that they intend to use during their direct examinations at least two business days before the start of the depositions.

    e. The deponents shall be sequestered from one another, to the maximum extent feasible, for the duration of the week of the depositions. No party or representative of a party may contact the deponents, directly or indirectly through intermediaries, to inform them of the contents of another witnesses' testimony.

**IT IS FURTHER ORDERED** that the following deadlines set forth in the Court's Trial Order, ECF No. [1124], and the Court's Order Setting Hearings and Response and Reply Deadlines, ECF No. [1175], are amended as follows:

    5. All translations shall be produced by no later than December 16, 2025.

6. All exhibits shall be produced by no later than December 16, 2025.

7. All Jencks/*Giglio* material shall be produced to Defendants by no later than December 16, 2025.

8. The briefing schedule for any Motions *in limine* shall be as follows:

   a. The parties shall file their Motions *in limine* by no later than December 16, 2025.

All other deadlines set forth in this Court's Trial Order, ECF No. [1124], and Order Setting Hearings and Response and Reply Deadlines, ECF No. [1175], remain in effect.

**DONE AND ORDERED** in Miami, Florida, this 30th day of October 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**